IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**ANASTASIA REUTELSHOFER n.k.a. GRADY**
**KENNETH S. GRADY**

    **Plaintiffs,**

**v.**

                                **Civil Action No. 2:24-CV-00214**
**WOOD COUNTY, WEST VIRGINIA**    **(Honorable Thomas E. Johnston)**

    **Defendant.**

## PLAINTIFFS' STATEMENT OF DAMAGES

    The Court has ordered Plaintiffs to file affidavits by May 29, 2025, setting forth in detail the exact amount owed by Wood County given this Court's April 29, 2025, Memorandum Opinion and Order granting summary judgment to Plaintiffs' on their Fifth Amendment and Eighth Amendment claims. Attached to this Statement of Damages is a Declaration under penalty of perjury detailing the specific damage types and amounts which Plaintiffs seek. (Decl. of Anastasia Reutelshofer (Ex. A).) Concurrently with this filing, Plaintiffs have also filed a Memorandum in Support of Plaintiffs' Motion for Award of Attorney's Fees and Costs, which is also supported by Declarations and Exhibits.

    **WHEREFORE,** the Plaintiffs respectfully request the Court enter an appropriate Judgment against Defendant.

                                                            **Respectfully Submitted,**

                                                            **ANASTASIS GRADY**
                                                            **KENNETH S. GRADY**
                                                            **By counsel.**

  /s/ Gary M. Smith
Gary M. Smith (WV Bar # 12602)

Bren J. Pomponio (WV Bar # 7774)
MOUNTAIN STATE JUSTICE, INC.
1217 Quarrier Street
Charleston, WV 25301
T:  (304) 344-3144
F:  (304) 344-3145
bren@msjlaw.org
gary@msjlaw.org
*Counsel for Plaintiffs*